# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:12CR00069-001 SWW

LARRY LEWIS COONEY

### ORDER

Defendant, Larry Lewis Cooney, has been returned to this district from his competency evaluation. The matter of competency is referred to U. S. Magistrate Judge Joseph J. Volpe for resolution.

IT IS SO ORDERED this 23rd day of August 2012.

/s/Susan Webber Wright

United States District Judge