# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                              NO. 4:12CR00069-001  SWW

LARRY LEWIS COONEY                                                                    DEFENDANT

## ORDER

Pending before the Court is a Motion to vacate, set aside or correct sentence under 28 U.S.C. 2255 [doc #77] filed by above-named defendant.  After a review of the pleadings, the Court is of the opinion that a response by the government would facilitate the resolution of these motions.  The Court therefore directs the government to respond to the pleading on or before *July 11, 2016*.

IT IS SO ORDERED this 27th day of June 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE