# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                      4:12CR00069-001 SWW

LARRY LEWIS COONEY                                                                    DEFENDANT

## ORDER

The re-sentencing hearing as to defendant Larry Lewis Cooney, previously scheduled September 8, 2016 at 10:00 a.m., will be rescheduled in order to arrange the transportation of defendant.

IT IS THEREFORE ORDERED that the re-sentencing hearing is continued until ***WEDNESDAY, OCTOBER 5, 2016 AT 10:00 A.M.***, in Room #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 6th day of September 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE